AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>AKA: Jose Jesus MARTINEZ-Rodriguez<br>COB: Mexico<br>YOB: 1999<br>*Defendant* | Case No. 7:18mj 1977 |

TRUE NAME: JUAN JESUS MARTINEZ-RODRIGUEZ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  09/20/2018  in the county of  Brooks  in the  Southern  District of  Texas  , the defendant violated  8  U. S. C. §  1324  , an offense described as follows:

Knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transports, or moves or attempts to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law from one location in Falfurrias, Texas, to another location in Falfurrias, Texas.

This criminal complaint is based on these facts:

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on September 22, 2018.

See Attachment "A"

☑ Continued on the attached sheet.

/S/ Ali Muhiuddin
*Complainant's signature*

Ali Muhiuddin, HSI Special Agent
*Printed name and title*

Sworn to and executed by reliable electronic means,
per Fed. R. Cr. P. 4.1, & probable cause
found as:
Date: 09/22/2018 — 11:54 a.m.

*Judge's signature*

City and state: McAllen, Texas

Juan F. Alanis, U.S. Magistrate Judge
*Printed name and title*

ATTACHMENT A

On September 20, 2018, at approximately 2315 hours, the United States Border Patrol (BP) stopped a vehicle (2008 Chrysler Pacifica) near Jim Wells County Road 400, north of Falfurrias, Texas. Shortly before the stop, BP aerial support had observed the vehicle load up a group of suspected undocumented aliens (UDA)s within or about the same area. At the onset of the stop, the driver of the vehicle, later identified as Juan MARTINEZ-Rodriguez and nine UDAs absconded. BP subsequently arrested and detained all individuals.

MARTINEZ-Rodriguez, a Mexican National, in a post Miranda interview with BP admitted he was the brush guide and driver responsible for transporting the group of nine UDAs around the Falfurrias, TX BP checkpoint. Furthermore, MARTINEZ-Rodriguez admitted a tenth member of the group of UDAs, a female was left in the brush at approximately 1600 hours on September 20, 2018, due to her exhaustion and inability to walk. MARTINEZ-Rodriguez recounted the route he walked based on memory and GPS coordinates from his cellular phone.

On September 21, 2018, at approximately 0515 hours, BP located a deceased female UDA south of Falfurrias, TX, near the Brooks County Safety Rest Area. The location was consistent with information provided by MARTINEZ-Rodriguez.

Emperatriz Avalos-Molina, an El Salvadorian national, during a post Miranda interview positively identified MARTINEZ-Rodriguez as the brush guide and driver responsible for transporting her around the Falfurrias BP checkpoint via foot and vehicle on September 20, 2018. Furthermore, she admitted to traveling with another female UDA who was left behind in the brush on MARTINEZ-Rodriguez's orders, due to the female's exhaustion and inability to walk.

Tomas Montiel-Hernandez, a Mexican national, during a post Miranda interview positively identified MARTINEZ-Rodriguez as the brush guide and driver responsible for transporting him around the Falfurrias BP checkpoint via foot and vehicle on September 20, 2018. Furthermore, he admitted to traveling with another female UDA who was left behind in the brush on MARTINEZ-Rodriguez's orders, due to the female's exhaustion and inability to walk.

Nilson Trujillo-Palma, a Guatemalan national, during a post Miranda interview positively identified MARTINEZ-Rodriguez as the brush guide and driver responsible for transporting him around the Falfurrias BP checkpoint via foot and vehicle on September 20, 2018. Furthermore, he admitted to traveling with another female UDA who was left behind in the brush on MARTINEZ-Rodriguez's orders, due to the female's exhaustion and inability to walk.